UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RUSSELL BASSET GATES, | Case No. 3:12-cv-00550-MMD-VPC |
| Plaintiff, | ORDER |
| v. | |
| ISIDRO BACA, | |
| Defendants. | |

Plaintiff sent a copy of the attached letter to the Court.  Plaintiff is admonished that *ex parte* communications with a judge are inappropriate in most circumstances. *See* Local Rules, Part II, LR 7-6.  Moreover, a document requesting a Court order must be styled as a motion, not a letter (*see* F.R.C.P. 7). Letters to a judge will be disregarded.  While the Court directed for the attached letter to be filed herewith, the Court will not take any action in response to the letter.

DATED THIS 2nd day of October 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

7-20-13

MIRANDA M DU
UNITED STATES DISTRICT JUDGE - RENO. NV.

I HAVE RECIEVED four LETTER DENT ME COUNCIL
IVE SENT fou 19 ITEMS TO TRY TO EXPLAIN THE
HORROR OF THE LasVEGAS JUDICIAL SYSTEM. THE COURT
DOCUMENT ON THE PLEA DEAL IVE SENT fou,
MR. JEFF MANINGO NEVER SHOWED UP, I WAS IN CHAIR
FROM 7AM TO 4.30 PM WHILE THEY LOOKED FOR
MR. MANINGO, I DID NOT SAY I WOULD ACCEPT A
2-20 LEWD CONDUCT CHARGE. STACY KOLLINS TOLD ME
10-LIFE PLEA DEAL WITHOUT MY COUNCIL PRESENT
AT ALL. I CAN ASSUME fou HAVE HEARD THESE
ACCUSATIONS BEFORE, IN 2008 I WAS IN AGOUT ALL
THE TIME THESE ACCUSATIONS WERE MADE AND I WAS
DENIED THE RIGHT TO GIVE MY SIDE OF THE STORY TO
THE JURY BECAUSE OF DONALD MOSLEYS STATEMENTS.
PLEASE REVIEW THE ITEMS IVE SENT fou, MY WIFE
HAS LETTERS FRIN MANINGO, CPDO) STATING WHAT HE
WAS GOING TO DO BUT DID NOT. I'M A GOOD MAN WHO
HAS NEVER BEEN ARRESTED IN MY LIFE. I THANK fou
FOR REVIWING THESE DOCUMENTS AND await four
RESPONSE

SINCERLY fours

Russell Gates

1-28-10
1

DEAR SIRS,

My NAME IS RUSSELL B GATES, I'M 66 YEARS OLD, I'VE NEVER BEEN ARRESTED IN MY LIFE TIL 4-9-09. MY CASE NUMBER IS C255572 THE PRELIM TRIAL WAS 7-9-09 THE TRIAL WAS 12-9-09 THRU 12-15-09. TO START WITH MY DEFENSE LAWYER WAS CHARLES KELLY FOR PRELIM ONLY, HE TOLD ME HE WANTED $50,000 TO GO TO TRIAL AFTER GIVING HIM 15,000 FOR PRELIM. HE ALSO TOLD ME HE WAS 99.9% SURE I WOULD GO HOME! CHRISTINA PETES AND HER 10YR OLD BROTHER ARE THE ACCUSING PART IN THIS CASE. THEY CHANGED THEIR STORY 3 TIMES BY THE TIME IT WENT TO TRIAL. MY 12YR OLD SON BRANDON J. GATES BROUGHT THESE 2 KIDS HOME IN 2008, HIS FIRST GIRLFRIEND MY WIFE AND I WANTED EVERYTHING TO GO GOOD FOR HIM. ON THE 2ND VISIT CHRISTINA CALLED ME DADDY AND MY WIFE MOM. IN COURT SHE SAID WE FORCED HER TO SAY IT, WE HAVE WITNESES, BUT THE PUBLIC DEFENDER SAID WE DIDN'T NEED THEM. DURING 2008 I HAD BLADDER CANCER, 3 SURGERIES LATER I WAS GIVEN A CLEAN BILL OF HEALTH. ALL THESE CHARGES WERE MADE UP IN 2008. I WAS IN GREAT PAIN ALL YEAR. NOW 12-1-09 JUDGE DONALD MOSLEY CLEARED THE COURT AT START OF TRIAL, TOLD DEFENSE NOT TO MENTION MR. GATES CANCER OPERATION IN 2008 HE SAID HE DIDN'T WANT THE JURY TO FEEL SAD FOR HIM AND SEND HIM HOME!

I LOOK AT PUBLIC DEFENDER JEFF MANINGO AND SAID CAN HE DO THIS? HE SAID LETS NOT UPSET THE JUDGE! ALSO AT SOME TIME D.A STACEY KOLLINS TOLD JUDGE SHE DIDN'T WANT DEFENSE TO MAKE CHRISTINA PETES LOOK ~~LIKE A~~ LIKE A NEIGHBORHOOD SLUT. HE AGREED AND WITH IT THE SUMMIT MOTION WENT DOWN THE DRAIN. JEFF MANINGO CAME TO MY HOME WHILE I WAS IN JAIL AT CCDC. INTERVIEWED MY WIFE AND 2 SONS RUSSELL IS 19 BRANDON IS 12 BRANDON TOLD HIM CHRISTINA SAID TO HIM SHE'S HAD 10 BOYFRIEND IN THE PAST AND WAS GOING WITH 2 NOW WHILE SHE WAS WITH BRANDON AND HAD SEX WITH 2 OF THEM. BRANDON TOLD MY WIFE SHE TOLD ME. SO 4 PEOPLE KNEW OF THIS ONLY, PLEASE SEE LETTER FROM MR. MANINGO STATING TO EVOKE SUMMIT #1 MOTION 1 WEEK PRIOR TO TRIAL. I LOOKED AT MANINGO IN COURT AND SAID YOU TOLD HEA, HOW ELSE WOULD SHE KNOW TO DESTROY PART OF OUR DEFENSE! HE SAID DON'T WORRY THEY HAVE NOTHING. CHRISTINA PETE HAS NO MOTHER OR FATHER, SHE WANTED MY WIFE AND I TOO ADOPT HER AND HER BROTHER TRAVIS. I TOLD HER WE WERE TO OLD SHE GOT UPSET MANY TIMES DURING 2008. SHE ALSO TOLD BRANDON IF DADDY AND MOM WON'T ADOPT US I SAY DADDY DID THINGS TO US SO YOU WON'T HAVE A DADDY EITHER

3

MR. MANIVGO KNEW THIS ALSO, AND
TOLD BRANDON DON'T BRING IT UP IN COURT
BECAUSE YOUR DADDY WILL BE HOME AFTER
TRIAL IS DONE! I HAD 6 WITNESSES
FOR MY TRIAL, JUDGE MOSCET TOLD JURY
ON FRIDAY AT 5PM WE WILL BE BUSY
WITH MR. GATES WITNESES MONDAY + TUESDAY
AND WILL CLOSE TRIAL OUT ON WEDNESDAY. ALL
MY WITNESES SHOWED UP MONDAY IN 40
MINUTES HE GOT RID OF ALL OF THEM,
HE TOLD THEM TO SAY YES, NO I DON'T
KNOW ONLY, DON'T WORRY MR. GATES WILL
BE HOME TONIGHT YOU DON'T HAVE TO
DEFEND HIM, AUDRY DUANTE IS A 20 YR OLD
GIRL THAT MY WIFE AND I RAISED SINCE SHE
WAS 8 1/2 YRS OLD THEY THE P.D.O. FLEW HER
FROM BURBANK CALIF TO LAS VEGAS FOR TRIAL,
ON THE STAND SHE WAS ASKED HOW LONG
HAVE YOU KNOWN MR GATES, SHE SAID 11 1/2
YRS, SHE SAID I'VE NEVER KNOWN MY
BIOLOGICAL FATHER AND MR. GATES IS NOW MY
DAD, MY ATTORNEY SAY THANK YOU, YOUR
DISMISSED, I WAS IN SHOCK AS SHE WALKED
PAST IN BEWILDERMENT, MANIVGO LOOKED
AT DA ROLLINS AND SMILED, I KNEW THEN
THE FIX WAS IN, I TOLD HIM HE WAS WORKING,
WITH DA. TO GET A CONVICTION, HE SAID NO!
ALSO THERE WAS 2 MISTRIALS CALLED OUT BY
MANIVGO, I WAS TAKEN OUT OF COURT



BROUGHT BACK, ASK MANAGER WHATS GOING
ON, HIS ANSWER I MADE A DEAL WITH THE JUDGE
JUST SIT DOWN AND FORGET IT. THATS ILLEGAL I
KNOW IT IS BUT WE WENT ON. TO SUMMARIZE
THIS 34 CHARGES ON 4-9-09 AFTER PRELIM 20
WERE THROWN OUT, LEAVING 14 2 WEEKS PRIOR
TO TRIAL PLEA DEAL OFFERED BY STACEY ROLLINS
WITHOUT MY ATTORNEY PRESENT WHICH IS
PROSECUTORIAL MISCONDUCT, SHE OFFERED 1 LEWD
CONDUCT 10 TO LIFE. I TOLD HER IM NOT GUILTY
LETS GO TO TRIAL! THERE IS NO EVIDENCE
AT ALL SUNRISE HOSITAL ON STAND SAID
NO MARK OF ANY KIND ON CHRISTINA REYES
NO P.VA. NO WITNESES NOTHING AT ALL
THAT WHY PLEA DEAL WAS OFFERED I WOUND
UP WITH 7 LEWD CONDUCTS 70 YRS TO LIFE
2 SEXUAL ASSAUTS 40 TO LIFE, SENTENSE
WAS 40 TO LIFE! THEY ALSO CHANGED THE
PRELIM TRANSCRIPT, CHRISTINA ON STAND 7-9-09
WAS ASKED DID MR GATES PUT HIS FINGER IN YOUR BOTTOM
SHE SAID NO ASKED 3 MORE TIME BY DA ANSWER NO
CHANGES KELLY SAID YOUR HONOR 3 TIMES SHE SAID N
JUDGE TOLD DA TO MOVE ON SHE GRABBED
POLICE REPORT AND SAID WELL YOU TOLD POLICE
HE DID, HER ANSWER WAS POLICE DETECTIVES TOLD
ME TO SAY IT. ALL OF THAT WAS REMOVED IN
TRANSCRIPT! TO MAKE MATTERS WORSE I FINALY
GOT TRANSCRIPTS FROM NEW ATTORNEY, TRACK LOWLY,
AUGUSTU CLAUS 1-10. I CALLED CHARLES KELLY

5

TOLD HIM HE SAID YOU GOT TO BE KIDDING
HE TOLD ME TO HAVE MR CLAUS CALL HIM
RIGHT AWAY, 3 DAYS BEFORE SENTENCING
MR CLAUS CAME TO SEE ME A CCDC
I ASKED ABOUT KELLY'S RESPONSE, HE SAID
HE TOLD HIM TO LET IT GO BECAUSE HE HAD
TO WORK IN THIS TOWN AND IT WILL UPSET
THE JUDGE. I GIVE UP IVE NEVER SEEN SUCH
DISHONEST JUDICIAL TREATMENT IN MY LIFE, SO
GOOD THINGS AT SENTENCING THE STEPMOTHER
OF CHRISTINA GETS ON STAND AND SAID
BOTH THESE KIDS HAVE HUGE PSICOLOGICAL
PROBLEMS WAY BEFORE THEY MEET THE
GATES FAMILY. JUDGE MOSLEY DENIED A
PSCOLOGICAL EXAM ON KIDS 2 MONTH PRIOR
TO TRIAL. THIS IS A HUGE APPEAL ISSUE.
ALSO MR CLAUS ASKED CHRISTINA, YOU SAID MR
COATES PUT HIS FINGER IN YOUR VAGINA 7-13
TIMES SHE SAID YEH, HE SAID WHAT A
NUMBER, SHE SAID THE POLICE DETECTIVE
GAVE HER THAT 7-13 TIMES NUMBER. HOPEFULLY
HOPEFULLY THIS TRANSCRIPT WON'T BE ALTERED
MY ATTORNEY IS STILL WAITING FOR TRIAL
TRANSCRIPTS 9 MONTHS? THEY ARE PROBABLY
CORRECTING THEIR MISTAKES. THANK YOU FOR
READING THIS. MY WIFE HAS ALOT OF PAPER
WORK ON THIS AND WILL BE GLAD TO SEND IT
TO YOU

6

TO FINISH THIS AMAZING TRIAL ON
12-11-09 CHRISTINA PETES TOOK WITNESS
STAND AND SAID MR. GATES NEVER TOUCHED
ME AFTER D.A COULDN'T GET HER TO CHANGE
THE STORY SHE WAS DISMISSED HER BROTHER
TRAVIS SAID SAME THING. DA 1ST SAID WHEN
WAS THE FIRST TIME MR. GATES TOUCHED YOU
HIS ANSWER WAS NEVER. THEN DA KONKUS SAID
WHEN WAS 2ND TIME. HE SAID AHH UPSTAIRS
ONCE DOWNSTAIRS ONCE, I ASK MR. MALUNGO ABOUT
YOU GOING TO OBJECT HE SAID WHY I SAID THERES
NO 1ST TIME] AS USUAL WHY UPSET THE JURY!
PLEASE SEE QUOTES IN TRIAL BY JEFF MALUNGO

I KNOW I HAVE HUGE APPEAL ISSUES
IN THIS CASE BUT THE DISPICABLE TATICS
USED TO GET A CONVICTION IS SURLY UNJUST
THANK YOU FOR READING THIS, I HOPE YOU CAN
HELP ME OUT.
           MY WIFE IS MARICELA GATES
      5172 ZOROASTER ST
                       LAS VEGAS NV 89148

              Sincerly Yours
              Russell B Gates

&lt;&lt; Back



**8 ⊙ NEWSNOW**.COM

EDWARD LAWRENCE, REPORTER

# Clark County Debuts as a 'Judicial Hellhole"

UPDATED: DEC 31, 2007 10:37 AM PST

Judge Elizabeth Gonzalez



Las Vegas attorney Ozzie Fumo



The Nevada Judicial Discipline
Committee removed Judge Elizabeth
Halverson.

The Clark County court system is ranked the fifth worst "judicial hellhole" in the nation. The courts received that failing grade from a special interest group, The American Tort Reform Association. One local attorney and judge have different opinions on the ranking.

The American Tort Reform Association based the ranking heavily on the relationship between attorneys and judges in Clark County. Our judges are elected and their major campaign contributors are the attorneys with cases in front of them.

All anyone accused of a crime or being sued in a civil case wants is a fair unbiased day in court. The legal system is set up to allow judges to be an impartial voice guiding the proceedings.

The American Tort Reform Association accuses Clark County civil court judges of not being impartial.

Judge Elizabeth Gonzalez said, "It's unfortunate that someone from the outside likes to make those comments without doing their own research."

She says the report used news accounts of very old court cases to give Clark County the fifth worst the ranking in the nation. She has been on the bench in Clark County since 2004 and is up for re-election next November. That's a major part of the problem, according to the Tort Association.

The association president says judges routinely hear cases presented by some of their major campaign contributors.

"That is the way the system works because we do elect our judges here in Nevada. The biggest constituent base for the judges is the attorneys," said Judge Gonzalez.

1-25-11

MR. AUGUSTUS CLAUS,                    **COPY**

WELL I'M 67 YEAR OLD TODAT, I'VE BEEN IN
THE LAW LIBART ALOT LATELT, I WANT
DETAILS OF WHAT YOUR DOING AND WHAT IS
TRANSPIRING ABOUT MY APPEALS!

(1) EXACTLY WHAT ARE THE APPEALS?
(2) WHAT DOES IT TAKE SINCE YOU KNOW ABOUT
ALL THE ILLEGAL COURT TATICS DONE BY
JEFF MANINGO AND D.A. STACT ROLLINS.
(3) YOU ASKED ME TO READ TRIAL TRANSCRIPTS
AND LET YOU KNOW WHAT DESCRIPANCIES I ~~FOUN~~
FOUND WELL DON'T FORGET I HAD 9 PEOPLE IN
THAT COURTROOM WHO HEARD ITEMS FROM S.
ROLLINS WHICH WERE LIES, AND IT WASN'T IN
THE TRIAL TRANSCRIPTS! I'VE GOT PEOPLE UP
HERE WHO GOT THEIR TRIAL TRANSCRIPTS 3 DAYS
AFTER TRIAL IT TOOK US 12 MONTHS WHY?
YOU ALSO KNOW ABOUT THE ILLEGAL INSTANCES OF
PERJURY WRITTEN AND VERBAL, I HAVE NO
TRANSCRIPTS OF THE SENTENCING DIATE, WHAT
CHRISTINA RET'S SAID AND HER STEP MOM SAID
ABOUT THE 2 KIDS? DID IT DISAPEAR LIKE THE
TRIAL TAPE WHICH MANINGO AND PRELIM TAPES OF
TRIAL WEANT TOKEN? EVERYONE ELSE WHO
HAD A TRIAL AT CCDC WERE ON TAPE! YOU
KNOW THEY DOCTORED THE PRELIM TRANSCRIPTS

COPY

AND THE TRIAL TRANSCRIPTS TO COVER UP THEIR MISTAKES! THAT IS A FEDERAL OFFENSE, AND YOU KNOW IT.

4   ALSO YOU TOLD ME YOU WOULD VISIT ME AT HIGH DESERT, YOU DID NOT. YOU ALSO TOLD ME YOU WOULD COME UP TO NNCC WHERE I AM NOW YOU HAVEN'T!

5   I'VE GOT 1 PIECE OF MAIL FROM YOU SINCE 03-2010 WHICH WAS TRIAL TRANSCRIPTS WHICH I GOT 3-2011.

6   MARY IS SCARED OF THE ILLEGAL TATICS OF THE CLARK COUNTY JUDICIAL SYSTEM, MARY AND 6 MORE PEOPLE CAN WRITE AFFADAVIDS ABOUT CHARLES KELLY'S PERJURY STATEMENT, YOU KNOW I'M INNOCENT!

7   CHARLES KELLY, JEFF MANINGO AND YOU ALL SAID MR. GATES YOU GOT F---ED. I'M HOPING YOUR REALLY ON MY SIDE TO DEFEND ME!

8   I'VE GOT ALOT OF MEDICAL PAPERS FROM CCDC HIGH DESERT, AND NNCC, I'VE FILED A LAW SUIT WHICH WILL GO TO THE 9TH DISTRICT COURT THIS SO CALLED CC JUDICIAL SYSTEM AND PRISON MEDICAL FED ME IBUPROFAN FOR 22 MONTHS WHILE I URINATED BLOOD, I'VE LOST MY BLADDER AND PROSTRATE AND I HAD CANCER! IT WILL TAKE TIME BUT I WON'T LET THEM GET AWAY WITH IT.

PAGE 3

COPY

(9) How come 18 months and absolutly no contact from you at all? Are you thinking oh well he's in prison if I need him I know where he is.

(10) Mr. Claus I feel like you put me on a shelf and went about your life I've been thru alot of pain + suffering and have the paperwork to prove it please advise me on whats going on and are you still with me! I would appreciate a response from you.

Sincerly yours

Russell Yates

EXHIBIT
B

1   PHILIP J. KOHN, PUBLIC DEFENDER
    NEVADA BAR NO. 0556
2   309 South Third Street, Suite 226
    Las Vegas, Nevada 89155
3   (702) 455-4685
    Attorney for Defendant
4

5                          **DISTRICT COURT**

6                      **CLARK COUNTY, NEVADA**

7   THE STATE OF NEVADA,                    )
                                            )
8                  Plaintiff,               )      CASE NO.  C255572
                                            )
9           v.                              )      DEPT. NO. IV
                                            )
10  RUSSELL GATES,                          )       DATE: October 13, 2009
                                            )       TIME:  9:00 a.m.
11                 Defendant.               )
                                            )
12  ─────────────────────────────

13  **MOTION FOR PSYCHOLOGICAL EXAMINATION OF COMPLAINING WITNESSES**

14          COMES NOW, the Defendant, RUSSELL GATES, by and through Jeff Maningo,

15  Deputy Public Defender, and hereby moves this Honorable Court for an order granting the

16  Defendant's Motion for psychological exam of the complaining witness.

17          This Motion is made and based upon all the papers and pleadings on file herein, the

18  attached Memorandum of Points and Authorities, and oral argument at the time set for hearing this

19  Motion.

20          DATED this _____ day of September, 2009.

21                                  PHILIP J. KOHN
                                    CLARK COUNTY PUBLIC DEFENDER
22

23

24                                  By: _____
                                        JEFF MANINGO, #8845
25                                      Deputy Public Defender

26

27

28

<u>Famous Quotes by Jeff Mandingo during the Trial of Russell Gates:</u>

<u>Statement from Mandingo on 1<sup>st</sup> day of trial before it started.</u>

Q: "You know, Russ, I had the preliminary transcripts on my table on Thanksgiving Day and was thinking of you".
A: "What planet is this man really on?"

Q: "Jeff, Why did you spend so little time cross examining the children that are accusing me?"
A: "We do not want the jury to think we're mean to them."
Mr. Gates reply: "You have got to be kidding!"

Q: "What happened to the two mistrials you yelled in court about?"
A: "I made a deal with the judge, just sit down and don't worry about it!
Mr. Gates reply: "It's my right to know!"

Q: "You know the D.A. is lying about taking the girl upstairs and beating her with a hairbrush in Mr. Joshua Weisbuchs house, There is no upstairs! It's a single level house!"
A: "It's so late in the trial, why bring it up."
Mr. Gates reply: "Find me a tree and rope, I'll end it here."

Q:"Jeff, Why did you spend less than 1 hour on all of my witnesses when the D.A. spent 1 ½ hours on 1 child who testified against me?"
A: "We don't want them to think you're just a good guy and that's all.
Mr. Gates reply: ""You're working with the D.A. against me you idiot!"

Q: "Jeff, You know the D.A. is lying about what happened to these children, Object, Say something!"
A: "Don't worry it's just a smoke screen, she has nothing on you at all."
Mr. Gates reply: "I'm choking on her smoke."

Q: "The kids on the stand said Mr. Gates did not put suntan lotion on their private parts and at the preliminary said the opposite. Why didn't you expand on that point?"
A: "We don't want to confuse the jury!"
Mr. Gates reply: "You have got to be the biggest joke in the P.O. office."

<div align="center"><u>Points of Interest to be of note:</u></div>

9/8/09: In Judge Hardcastles courtroom, she asked;
To the D.A.-are you ready for trial? =answer is Yes.
To Mr. Mandingo- are you ready for trial? =answer is Yes.
To Mr. Gates- are you ready for trial? =answer was; Judge, Mandingo hasn't even talked to any of my witnesses! How can he be ready?-Judge put the trial date at 12/9/09. This guy is a jerk!

11/18 or 11/19/09: Mr. Mandingo did not even bother to show up in court. Judge Mosely asks me where he is. I stated, "I have no idea". D.A. said to the Judge, "Oh, last week I offered a plea deal to Mandingo." The judge looks at me for a response. I told him that Mr. Mandingo never discussed a plea deal with me, never told me anything. Judge stated, "Unbelievable!"
This Mandingo is a complete flake as a public defender. He is a complete fraud. He works with the D.A. to fill the prison system so he and she can have job security. He is a crook in an illegal judicial system rated the 7th worst county court in the USA.

I have a letter dated 9/28/09 from P.D.O Mandingo stating that he will engage a summit hearing motion 1 week before trial. Start of trial 12/9/09 the D.A. tells Judge Mosely she doesn't want the defense team to make Christina Reyes look like a slut. Judge agrees and the summit hearing motion is denied. How did she have this information prior to trial? I guess Mandingo discussed this with the D.A. prior to trial and used it as a despicable legal tactic against me. This man is a real slime ball. I intend to let everyone know that his tactics are ruthless. How many innocent men and women has he put in prison? Having to go to prison is a shame, yet my child will know I am a good guy in a rotten judicial system.

1

**COPY**

DISTRICT COURT

CLARK COUNTY, NEVADA

* * * *

| | |
|---|---|
| STATE OF NEVADA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. C255572 |
| | )   Dept. XIV |
| RUSSELL GATES, | ) |
| | ) |
| Defendant. | ) |

_____

**REPORTER'S TRANSCRIPT**
**OF**
**CALENDAR CALL**

**BEFORE THE HONORABLE DONALD M. MOSLEY**

**DISTRICT JUDGE**

Taken on Tuesday, December 1, 2009

At 9:00 a.m.

**APPEARANCES:**

| For the State: | STACY L. KOLLINS, ESQ.<br>Chief Deputy District Attorney |
|---|---|
| For the Defendant: | JEFFREY S. MANINGO, ESQ.<br>Deputy Public Defender |

Reported by:  Maureen Schorn, CCR No. 496, RPR

2

1   LAS VEGAS, NEVADA.  TUESDAY, DECEMBER 1, 2009, 9:00 A.M.

2                          * * * *

3

4            THE COURT:  C255572, State versus Russell

5   Gates. ·The record will reflect the presence of the

6   defendant in custody.  Mr. Maningo is Defense counsel,

7   Ms. Kollins for the State.  The matter is on for calendar

8   call.  The status, please?

9            MS. KOLLINS:  Good morning, Judge.  Stacy

10  Kollins.  I'm here on behalf of the DA's office.  I

11  believe we're ready to go to trial, probably between eight

12  and ten witnesses, probably take us a week to get through

13  because of the jury selection process these being life

14  sentences.

15           I made an offer to Mr. Maningo, one count,

16  lewdness with a minor, ten to life.  They came back to me

17  with a probationable two to 20.

18           I can't see my way fit with victim to give one

19  count of attempt lewdness with a minor, two to 20.

20  Perhaps if we could have met in the middle somewhere there

21  might be something to be done, but we can't come together.

22           THE COURT:  Mr. Maningo?

23           MR. MANINGO:  We're ready.  And I have

24  noticed about eight witnesses as well.

25           THE COURT:  All right.  Mr. Gates, let me

3

1    explain something to you.  It's not the province of the

2    Court, nor is it my practice, for that matter, to get

3    involved in negotiations.  That's between your attorney,

4    you and the Prosecutor.

5         But I think it's fair to tell you that shortly

6    within about five minutes we're going to be ready to go to

7    trial and there won't be any negotiations, except straight

8    up pleas, and that's certainly not something you want to

9    imagine.  But do you understand that?

10                   THE DEFENDANT:  Yes.

11                   THE COURT:  So I don't want to hear three

12   days from now or the day of trial:  I decided I want to

13   take the deal or whatever.  Do you follow me there?

14                   THE DEFENDANT:  There is no deal.

15                   THE COURT:  So you're absolutely sure you

16   want to go to trial and you do not want to accept the

17   negotiations?

18                   THE DEFENDANT:  Positive.

19                   MR. MANINGO:  And just to clarify, Judge, I

20   did speak with Mr. Gates about it, and the current offer

21   is a mandatory minimum of ten years.  Mr. Gates is almost

22   70 years old now, so that means early as possible parole

23   eligibility would be when he's 80 years old, and I think

24   that's really where the sticking point is.

25         And I understand Ms. Kollins' position.  I asked

4

1   our counteroffer yesterday asking to go down from a

2   lewdness to an attempt lewdness, and she was not

3   comfortable with that, and so that's where we're at.

4           THE COURT:  All right.  So trial is

5   scheduled the 7th at 1:30, and it is the trial so we are

6   ready to go forward?

7           MR. MANINGO:  Yes, sir.

8           THE COURT:  Thank you.

9           MS. KOLLINS:  I did tell Mr. Maningo

10  yesterday my investigator has been out.  So when we saw

11  that this was going forward, I had to enlist a second

12  investigator to speak to his witnesses.

13          I told him that I would be giving notice of her,

14  I gave him a verbal notice of her on the phone yesterday.

15  I don't imagine I'll really have to call her, but her name

16  is Debbie Marriot, and I may have to file a witness notice

17  for her, depending on how we handle the trial.

18          MR. MANINGO:  And I told Ms. Kollins that's

19  fine, and gave her notice just because I don't know if I

20  added my investigator Bruce McAllister on our list.  She

21  said that will be fine as well.

22          THE COURT:  All right.  It appears we're on

23  board.  Appreciate your appearance.

24  / / /

25  / / /

5

1          MS. KOLLINS:  Thanks, Judge.

2

3

4    ATTEST:  Full, true and accurate transcript of

5    proceedings.

6

7          MAUREEN SCHORN, CCR NO. 496, RPR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

## DECLARATION

2          JEFFREY S MANINGO makes the following declaration:

3          1.      I am an attorney duly licensed to practice law in the State of Nevada; I am

4    the Deputy Public Defender assigned to represent the Defendant in the instant matter, and the

5    Defendant has represented the following facts and circumstances of this case.

6          I declare under penalty of perjury that the foregoing is true and correct.   (NRS

7    53.045).

8          EXECUTED this _____ day of September, 2009.

9

10

                                      _____

11                                      JEFFREY S MANINGO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28