UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RUSSELL BASSET GATES,

Plaintiff,

v.

ISIDRO BACA,

Defendants.

Case No. 3:12-cv-00550-MMD-VPC

ORDER

Plaintiff sent a copy of the attached letter to the Court. Plaintiff is admonished that *ex parte* communications with a judge are inappropriate in most circumstances. *See* Local Rules, Part II, LR 7-6. Moreover, a document requesting a Court order must be styled as a motion, not a letter (*see* F.R.C.P. 7). Letters to a judge will be disregarded. While the Court directed for the attached letter to be filed herewith, the Court will not take any action in response to the letter.

DATED THIS 2nd day of October 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

7-20-13 CASE # 3:12-CV-00550-MMD-VPC

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE = RENO. NV.

I HAVE RECIEVED YOUR LETTER DENY ME COUNCIL IVE SENT YOU 19 ITEMS TO TRY TO EXPLAIN THE HORROR OF THE LAS VEGAS JUDICIAL SYSTEM. THE COURT DOCUMENT ON THE PLEA DEAL IVE SENT YOU, MR. JEFF MANINGO NEVER SHOWED UP, I WAS IN CHAIN FROM 7AM TO 4:30 PM WHILE THEY LOOKED FOR MR. MANINGO, I DID NOT SAY I WOULD ACCEPT A 2-20 LEWD CONDUCT CHARGE. STACY KOLLINS TOLD ME 10-LIFE PLEA DEAL WITHOUT MY COUNCIL PRESENT AT ALL. I CAN ASSUME YOU HAVE HEARD THESE ACCUSATIONS BEFORE, IN 2008 I WAS IN AGONY ALL THE TIME THESE ACCUSATIONS WERE MADE AND I WAS DENIED THE RIGHT TO GIVE MY SIDE OF THE STORY TO THE JURY BECAUSE OF DONALD MOSLEYS STATEMENTS. PLEASE REVIEW THE ITEMS IVE SENT YOU, MY WIFE HAS LETTERS FROM MANINGO, (PDO) STATING WHAT HE WAS GOING TO DO BUT DID NOT. IM A GOOD MAN WHO HAS NEVER BEEN ARRESTED IN MY LIFE. I THANK YOU FOR REVIWING THESE DOCUMENTS AND AWAIT YOUR RESPONSE

SINCERLY YOURS

Russell Gates

1-28-10
1

DEAR SIRS,
MY NAME IS RUSSELL B GATES, I'M 66 YEARS OLD, I'VE NEVER BEEN ARRESTED IN MY LIFE TILL 4-9-09. MY CASE NUMBER IS C255572 THE PRELIM TRIAL WAS 7-9-09 THE TRIAL WAS 12-9-09 THRU 12-15-09. TO START WITH MY DEFENSE LAWYER WAS CHARLES KELLY FOR PRELIM ONLY, HE TOLD ME HE WANTED $50,000.00 TO GO TO TRIAL AFTER GIVING HIM 15,000.00 FOR PRELIM. HE ALSO TOLD ME HE WAS 99.9% SURE I WOULD GO HOME! CHRISTINA REYES AND HER 10 YR OLD BROTHER ARE THE ACCUSING PARTY IN THIS CASE. THEY CHANGED THEIR STORY 3 TIMES BY THE TIME IT WENT TO TRIAL. MY 12 YR OLD SON BRANDON J. GATES BROUGHT THESE 2 KIDS HOME IN 2008, HIS FIRST GIRLFRIEND MY WIFE AND I WANTED EVERY THING TO GO GOOD FOR HIM. ON THE 2ND VISIT CHRISTINA CALLED ME DADDY AND MY WIFE MOM. IN COURT SHE SAID WE FORCED HER TO SAY IT, WE HAVE WITNESES, BUT THE PUBLIC DEFENDER SAID WE DIDN'T NEED THEM. DURING 2008 I HAD BLADDER CANCER, 3 SURGURIES LATER I WAS GIVEN A CLEAN BILL OF HEALTH. ALL THESE CHARGES WERE MADE UP IN 2008. I WAS IN GREAT PAIN ALL YEAR. NOW 12-11-09 JUDGE DONALD MOSLEY CLEARED THE COURT AT START OF TRIAL, TOLD DEFENSE NOT TO MENTION MR. GATES CANCER OPERATION IN 2008 HE SAID HE DIDN'T WANT THE JURY TO FEEL SAD FOR HIM AND SEND HIM HOME!

I LOOK AT PUBLIC DEFENDER JEFF MANINGO AND SAID CAN HE DO THIS? HE SAID LETS NOT UPSET THE JUDGE! ALSO AT SOME TIME D.A. STACEY KOLLINS TOLD JUDGE SHE DIDN'T WANT DEFENSE TO MAKE CHRISTINA REYES LOOK LIKE A NEIGHBORHOOD SLUT. HE AGREED AND WITH IT THE SUMMIT MOTION WENT DOWN THE DRAIN. JEFF MANINGO CAME TO MY HOME WHILE I WAS IN JAIL AT CCDC INTERVIEWED MY WIFE AND 2 SONS RUSSELL IS 19 BRANDON IS 12. BRANDON TOLD HIM CHRISTINA SAID TO HIM SHE'S HAD 10 BOYFRIEND IN THE PAST AND WAS GOING WITH 2 NOW WHILE SHE WAS WITH BRANDON AND HAD SEX WITH 2 OF THEM. BRANDON TOLD MY WIFE SHE TOLD ME. SO 4 PEOPLE KNEW OF THIS ONLY, PLEASE SEE LETTER FROM MR. MANINGO STATING TO ENVOKE SUMMIT MOTION 1 WEEK PRIOR TO TRIAL. I LOOKED AT MANINGO IN COURT AND SAID YOU TOLD HER, HOW ELSE WOULD SHE KNOW TO DESTROY PART OF OUR DEFENSE! HE SAID DON'T WORRY THEY HAVE NOTHING. CHRISTINA REYES HAS NO MOTHER OR FATHER, SHE WANTED MY WIFE AND I TOO ADOPT HER AND HER BROTHER TRAVIS, I TOLD HER WE WERE TO OLD SHE GOT UPSET MANY TIMES DURING 2008. SHE ALSO TOLD BRANDON IF DADDY AND MOM WONT ADOPT US I SAY DADDY DID THINGS TO US SO YOU WONT HAVE A DADDY EITHER

3

MR. MANINGO KNEW THIS ALSO, AND TOLD BRANDON DON'T BRING IT UP IN COURT BECAUSE YOUR DADDY WILL BE HOME AFTER TRIAL IS DONE! I HAD 6 WITNESSES FOR MY TRIAL, JUDGE MOSLEY TOLD JURY ON FRIDAY AT 5PM WE WILL BE BUSY WITH MR. GATES WITNESSES MONDAY + TUESDAY AND WILL CLOSE TRIAL OUT ON WEDNESDAY. ALL MY WITNESSES SHOWED UP MONDAY IN 40 MINUTES HE GOT RID OF ALL OF THEM. HE TOLD THEM TO SAY YES, NO I DON'T KNOW ONLY, DON'T WORRY MR. GATES WILL BE HOME TONIGHT YOU DON'T HAVE TO DEFEND HIM. AUDREY DUARTE IS A 20 YR OLD GIRL THAT MY WIFE AND I RAISED SINCE SHE WAS 8 1/2 YRS OLD THEY THE P.D.O. FLEW HER FROM BURBANK CALIF TO LAS VEGAS FOR TRIAL. ON THE STAND SHE WAS ASKED HOW LONG HAVE YOU KNOWN MR GATES, SHE SAID 11 1/2 YRS, SHE SAID I'VE NEVER KNOWN MY BIOLOGICAL FATHER AND MR. GATES IS NOW MY DAD, MY ATTORNEY SAID THANK YOU, YOUR DISMISSED, I WAS IN SHOCK AS SHE WALKED PAST IN BEWILDERMENT. MANINGO LOOKED AT DA ROLLINS AND SMILED, I KNEW THEN THE FIX WAS IN. I TOLD HIM HE WAS WORKING WITH DA. TO GET A CONVICTION, HE SAID NO! ALSO THERE WAS 2 MISTRIALS YELLED OUT BY MANINGO, I WAS TAKEN OUT OF COURT





BROUGHT BACK, ASK MANINGO WHATS GOING ON, HIS ANSWER I MADE A DEAL WITH THE JUDGE JUST SIT DOWN AND FORGET IT. THATS ILLEGAL I KNOW IT IS BUT WE WENT ON. TO SUMMARIZE THIS 34 CHARGES ON 4-9-09 AFTER PRELIM 20 WERE THROWN OUT, LEAVING 14 2 WEEKS PRIOR TO TRIAL PLEA DEAL OFFERED BY STACEY ROLLINS WITHOUT MY ATTORNEY PRESENT WHICH IS PROSECUTORIAL MISCONDUCT. SHE OFFERED 1 LEWD CONDUCT 10 TO LIFE. I TOLD HER IM NOT GUILTY LETS GO TO TRIAL! THERE IS NO EVIDENCE AT ALL SUNRISE HOSPITAL ON STAND SAID NO MARK OF ANY KIND ON CHRISTINA REYES NO D.N.A. NO WITNESES NOTHING AT ALL THAT WAY PLEA DEAL WAS OFFERED I WOUND UP WITH 7 LEWD CONDUCTS 70 YRS TO LIFE 2 SEXUAL ASSAULTS 40 TO LIFE, SENTENSE WAS 110 TO LIFE! THEY ALSO CHANGED THE PRELIM TRANSCRIPT, CHRISTINA ON STAND 7-9-09 WAS ASKED DID MR GATES PUT HIS FINGER IN YOUR BOTTOM SHE SAID NO ASKED 3 MORE TIME BY DA ANSWER NO CHARLES KELLY SAID YOUR HONOR 3 TIMES SHE SAID N JUDGE TOLD DA TO MOVE ON SHE GRABBED POLICE REPORT AND SAID WELL YOU TOLD POLICE HE DID, HER ANSWER WAS POLICE DETECTIVES TOLD ME TO SAY IT. ALL OF THAT WAS REMOVED IN TRANSCRIPT! TO MAKE MATTERS WORSE I FINALLY GOT TRANSCRIPTS FROM NEW ATTORNEY, TRACK LAWYER, AUGUSTUS CLAUS 1-10. I CALLED CHARLES KELLY

TOLD HIM HE SAID YOU GOT TO BE KIDDING HE TOLD ME TO HAVE MR CLAUS CALL HIM RIGHT AWAY. 3 DAYS BEFORE SENTENCING MR CLAUS CAME TO SEE ME A CCDC I ASKED ABOUT KELLY'S RESPONSE, HE SAID HE TOLD HIM TO LET IT GO BECAUSE HE HAD TO WORK IN THIS TOWN AND IT WILL UPSET THE JUDGE. I GIVE UP IVE NEVER SEEN SUCH DISHONEST JUDICIAL TREATMENT IN MY LIFE, SO GOOD THINGS AT SENTENCING THE STEPMOTHER OF CHRISTINA GETS ON STAND AND SAID BOTH THESE KIDS HAVE HUGE PSICOLOGICAL PROBLEMS WAY BEFORE THEY MEET THE GATES FAMILY. JUDGE MOSLEY DENIED A PSCEOLOGIAL EXAM ON KIDS 2 MONTH PRIOR TO TRIAL, THIS IS A HUGE APPEAL ISSUE. ALSO MR CLAUS ASKED CHRISTINA, YOU SAID MR GATES PUT HIS FINGER IN YOUR VAGINA 7-13 TIMES SHE SAID YEH, HE SAID WHAT A NUMBER, SHE SAID THE POLICE DETECTIVE GAVE HER THAT 7-13 TIMES NUMBER. HOPEFULLY HOPEFULLY THIS TRANSCRIPT WON'T BE ALTERED MY ATTORNEY IS STILL WAITING FOR TRIAL TRANSCRIPTS 9 MONTHS? THEY ARE PROBABLY CORRECTING THEIR MISTAKES. THANK YOU FOR READING THIS. MY WIFE HAS ALOT OF PAPER WORK ON THIS AND WILL BE GLAD TO SEND IT TO YOU

SINCERELY YOURS [signature]

6

TO FINISH THIS AMAZING TRIAL ON 12-11-09 CHRISTINA REYES TOOK WITNESS STAND AND SAID MR. GATES NEVER TOUCHED ME AFTER D.A COULDN'T GET HER TO CHANGE THE STORY SHE WAS DISMISSED HER BROTHER TRAVIS SAID SAME THING. DA 1ST SAID WHEN WAS THE FIRST TIME MR. GATES TOUCHED YOU HIS ANSWER WAS NEVER. THEN DA KOLLINS SAID WHEN WAS 2ND TIME. HE SAID AHH UPSTAIRS ONCE DOWNSTAIRS ONCE, I ASK MR. MALINGO AREN'T YOU GOING TO OBJECT HE SAID WHY I SAID THERE'S NO 1ST TIME! AS USUAL WHY UPSET THE JURY! PLEASE SEE QUOTES IN TRIAL BE JEFF MALINGO

I KNOW I HAVE HUGE APPEAL ISSUES IN THIS CASE BUT THE DISPICABLE TATICS USED TO GET A CONVICTION IS SURLY UNJUST THANK YOU FOR READING THIS, I HOPE YOU CAN HELP ME OUT.

MY WIFE IS MARICELA GATES
5172 ZOROASTER ST ~~[illegible]~~
LAS VEGAS NV 89148

Sincerely Yours
Russell B Gates

Case 3:12-cv-00550-MMD-VPC Document 16 Filed 10/02/13 Page 9 of 21



8 NEWSNOW.COM

EDWARD LAWRENCE, REPORTER

# Clark County Debuts as a 'Judicial Hellhole"

UPDATED: DEC 31, 2007 10:37 AM PST



Judge Elizabeth Gonzalez

The Clark County court system is ranked the fifth worst "judicial hellhole" in the nation. The courts received that failing grade from a special interest group, The American Tort Reform Association. One local attorney and judge have different opinions on the ranking.

The American Tort Reform Association based the ranking heavily on the relationship between attorneys and judges in Clark County. Our judges are elected and their major campaign contributors are the attorneys with cases in front of them.

All anyone accused of a crime or being sued in a civil case wants is a fair unbiased day in court. The legal system is set up to allow judges to be an impartial voice guiding the proceedings.



Las Vegas attorney Ozzie Fumo

The American Tort Reform Association accuses Clark County civil court judges of not being impartial.

Judge Elizabeth Gonzalez said, "It's unfortunate that someone from the outside likes to make those comments without doing their own research."

She says the report used news accounts of very old court cases to give Clark County the fifth worst the ranking in the nation. She has been on the bench in Clark County since 2004 and is up for re-election next November. That's a major part of the problem, according to the Tort Association.



The Nevada Judicial Discipline Committee removed Judge Elizabeth Halverson.

The association president says judges routinely hear cases presented by some of their major campaign contributors.

"That is the way the system works because we do elect our judges here in Nevada. The biggest constituent base for the judges is the attorneys," said Judge Gonzalez.

1-25-11

COPY

MR. AUGUSTUS CLAUS,

WELL I'M 67 YEAR OLD TODAY, I'VE BEEN IN THE LAW LIBRARY ALOT LATELY, I WANT DETAILS OF WHAT YOUR DOING AND WHAT IS TRANSPIRING ABOUT MY APPEALS!

(1) EXACTLY WHAT ARE THE APPEALS?
(2) WHAT DOES IT TAKE SINCE YOU KNOW ABOUT ALL THE ILLEGAL COURT TATICS DONE BY JEFF MANINGO AND D.A. STACY ROLLINS.
(3) YOU ASKED ME TO READ TRIAL TRANSCRIPTS AND LET YOU KNOW WHAT DESCRIPANCIES I FOUND WELL DON'T FORGET I HAD 9 PEOPLE IN THAT COURTROOM WHO HEARD ITEMS FROM S. ROLLINS WHICH WERE LIES, AND IT WASN'T IN THE TRIAL TRANSCRIPTS! I'VE GOT PEOPLE UP HERE WHO GOT THEIR TRIAL TRANSCRIPTS 3 DAYS AFTER TRIAL IT TOOK US 12 MONTHS WHY? YOU ALSO KNOW ABOUT THE ILLEGAL INSTANCES OF PERJURY WRITTEN AND VERBAL, I HAVE NO TRANCRIPTS OF THE SENTENCING DATE, WHAT CHRISTINA REY'S SAID AND HER STEP MOM SAID ABOUT THE 2 KIDS? DID IT DISAPEAR LIKE THE TRIAL TAPE WHICH MANINGO AND PRELIM TAPES OF TRIAL WEREN'T TAKEN? EVERYONE ELSE WHO HAD A TRIAL AT CCDC WERE ON TAPE! YOU KNOW THEY DOCTORED THE PRELIM TRANSCRIPTS

PAGE 2

COPY

AND THE TRIAL TRANSCRIPTS TO COVER UP THEIR MISTAKES! THAT IS A FEDERAL OFFENSE, AND YOU KNOW IT.

4 ALSO YOU TOLD ME YOU WOULD VISIT ME AT HIGH DESERT, YOU DID NOT. YOU ALSO TOLD ME YOU WOULD COME UP TO NNCC WHERE I AM NOW YOU HAVEN'T!

(5) IVE GOT 1 PIECE OF MAIL FROM YOU SINCE 03-2010 WHICH WAS TRIAL TRANSCRIPTS WHICH I GOT 3-2011.

6 MARY IS SCARED OF THE ILLEGAL TATICS OF THE CLARK COUNTY JUDICIAL SYSTEM, MARY AND 6 MORE PEOPLE CAN WRITE AFFADAVIDS ABOUT CHARLES KELLY'S PERJURY STATEMENT, YOU KNOW IM INNOCENT!

(7) CHARLES KELLY, JEFF MANINGO AND YOU ALL SAID MR. GATES YOU GOT F---ED. IM HOPING YOUR REALLY ON MY SIDE TO DEFEND ME!

(8) IVE GOT ALOT OF MEDICAL PAPERS FROM CCDC HIGH DESERT, AND NNCC, IVE FILED A LAW SUIT WHICH WILL GO TO THE 9TH DISTRICT COURT. THIS SO CALLED CC JUDICIAL SYSTEM AND PRISON MEDICAL FED ME IBUPROFAN FOR 22 MONTHS WHILE I URINATED BLOOD, IVE LOST MY BLADDER AND PROSTRATE AND I HAD CANCER! IT WILL TAKE TIME BUT I WON'T LET THEM GET AWAY WITH IT.

PAGE 3

COPY

(9) HOW COME 18 MONTHS AND ABSOLUTLY NO CONTACT FROM YOU AT ALL? ARE YOU THINKING OH WELL HE'S IN PRISON IF I NEED HIM I KNOW WHERE HE IS.

(10) MR CLAUS I FEEL LIKE YOU PUT ME ON A SHELF AND WENT ABOUT YOUR LIFE I'VE BEEN THRU ALOT OF PAIN + SUFFERING AND HAVE THE PAPERWORK TO PROVE IT PLEASE ADVISE ME ON WHATS GOING ON AND ARE YOU STILL WITH ME! I WOULD APPRECIATE A RESPONSE FROM YOU.

Sincerely Yours

Russell Gates

Exhibit B

PHILIP J. KOHN, PUBLIC DEFENDER
NEVADA BAR NO. 0556
309 South Third Street, Suite 226
Las Vegas, Nevada 89155
(702) 455-4685
Attorney for Defendant

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| THE STATE OF NEVADA,<br>Plaintiff,<br>v.<br>RUSSELL GATES,<br>Defendant. | CASE NO. C255572<br>DEPT. NO. IV<br>DATE: October 13, 2009<br>TIME: 9:00 a.m. |

**MOTION FOR PSYCHOLOGICAL EXAMINATION OF COMPLAINING WITNESSES**

COMES NOW, the Defendant, RUSSELL GATES, by and through Jeff Maningo, Deputy Public Defender, and hereby moves this Honorable Court for an order granting the Defendant's Motion for psychological exam of the complaining witness.

This Motion is made and based upon all the papers and pleadings on file herein, the attached Memorandum of Points and Authorities, and oral argument at the time set for hearing this Motion.

DATED this _____ day of September, 2009.

PHILIP J. KOHN
CLARK COUNTY PUBLIC DEFENDER

By: ______________________________
JEFF MANINGO, #8845
Deputy Public Defender

## Famous Quotes by Jeff Mandingo during the Trial of Russell Gates:

Statement from Mandingo on 1st day of trial before it started.

Q: "You know, Russ, I had the preliminary transcripts on my table on Thanksgiving Day and was thinking of you".
A: "What planet is this man really on?"

Q: "Jeff, Why did you spend so little time cross examining the children that are accusing me?"
A: "We do not want the jury to think we're mean to them."
Mr. Gates reply: "You have got to be kidding!"

Q: "What happened to the two mistrials you yelled in court about?"
A: "I made a deal with the judge, just sit down and don't worry about it!
Mr. Gates reply: "It's my right to know!"

Q: "You know the D.A. is lying about taking the girl upstairs and beating her with a hairbrush in Mr. Joshua Weisbuchs house, There is no upstairs! It's a single level house!"
A: "It's so late in the trial, why bring it up."
Mr. Gates reply: "Find me a tree and rope, I'll end it here."

Q:"Jeff, Why did you spend less than 1 hour on all of my witnesses when the D.A. spent 1 ½ hours on 1 child who testified against me?"
A: "We don't want them to think you're just a good guy and that's all.
Mr. Gates reply: ""You're working with the D.A. against me you idiot!"

Q: "Jeff, You know the D.A. is lying about what happened to these children, Object, Say something!"
A: "Don't worry it's just a smoke screen, she has nothing on you at all."
Mr. Gates reply: "I'm choking on her smoke."

Q: "The kids on the stand said Mr. Gates did not put suntan lotion on their private parts and at the preliminary said the opposite. Why didn't you expand on that point?"
A: "We don't want to confuse the jury!"
Mr. Gates reply: "You have got to be the biggest joke in the P.O. office."

## Points of Interest to be of note:

9/8/09: In Judge Hardcastles courtroom, she asked;
To the D.A.-are you ready for trial? =answer is Yes.
To Mr. Mandingo- are you ready for trial? =answer is Yes.
To Mr. Gates- are you ready for trial? =answer was; Judge, Mandingo hasn't even talked to any of my witnesses! How can he be ready?-Judge put the trial date at 12/9/09. This guy is a jerk!

11/18 or 11/19/09: Mr. Mandingo did not even bother to show up in court. Judge Mosely asks me where he is. I stated, "I have no idea". D.A. said to the Judge, "Oh, last week I offered a plea deal to Mandingo." The judge looks at me for a response. I told him that Mr. Mandingo never discussed a plea deal with me, never told me anything. Judge stated, "Unbelievable!"
This Mandingo is a complete flake as a public defender. He is a complete fraud. He works with the D.A. to fill the prison system so he and she can have job security. He is a crook in an illegal judicial system rated the 7th worst county court in the USA.

I have a letter dated 9/28/09 from P.D.O Mandingo stating that he will engage a summit hearing motion 1 week before trial. Start of trial 12/9/09 the D.A. tells Judge Mosely she doesn't want the defense team to make Christina Reyes look like a slut. Judge agrees and the summit hearing motion is denied. How did she have this information prior to trial? I guess Mandingo discussed this with the D.A. prior to trial and used it as a despicable legal tactic against me. This man is a real slime ball. I intend to let everyone know that his tactics are ruthless. How many innocent men and women has he put in prison? Having to go to prison is a shame, yet my child will know I am a good guy in a rotten judicial system.

COPY

DISTRICT COURT

CLARK COUNTY, NEVADA

* * * *

STATE OF NEVADA,

Plaintiff,

vs.

RUSSELL GATES,

Defendant.

Case No. C255572
Dept. XIV

**REPORTER'S TRANSCRIPT**
**OF**
**CALENDAR CALL**

**BEFORE THE HONORABLE DONALD M. MOSLEY**

**DISTRICT JUDGE**

Taken on Tuesday, December 1, 2009

At 9:00 a.m.

**APPEARANCES:**

For the State: STACY L. KOLLINS, ESQ.
Chief Deputy District Attorney

For the Defendant: JEFFREY S. MANINGO, ESQ.
Deputy Public Defender

Reported by: Maureen Schorn, CCR No. 496, RPR

LAS VEGAS, NEVADA. TUESDAY, DECEMBER 1, 2009, 9:00 A.M.

* * * *

THE COURT: C255572, State versus Russell Gates. The record will reflect the presence of the defendant in custody. Mr. Maningo is Defense counsel, Ms. Kollins for the State. The matter is on for calendar call. The status, please?

MS. KOLLINS: Good morning, Judge. Stacy Kollins. I'm here on behalf of the DA's office. I believe we're ready to go to trial, probably between eight and ten witnesses, probably take us a week to get through because of the jury selection process these being life sentences.

I made an offer to Mr. Maningo, one count, lewdness with a minor, ten to life. They came back to me with a probationable two to 20.

I can't see my way fit with victim to give one count of attempt lewdness with a minor, two to 20. Perhaps if we could have met in the middle somewhere there might be something to be done, but we can't come together.

THE COURT: Mr. Maningo?

MR. MANINGO: We're ready. And I have noticed about eight witnesses as well.

THE COURT: All right. Mr. Gates, let me

explain something to you. It's not the province of the Court, nor is it my practice, for that matter, to get involved in negotiations. That's between your attorney, you and the Prosecutor.

But I think it's fair to tell you that shortly within about five minutes we're going to be ready to go to trial and there won't be any negotiations, except straight up pleas, and that's certainly not something you want to imagine. But do you understand that?

THE DEFENDANT: Yes.

THE COURT: So I don't want to hear three days from now or the day of trial: I decided I want to take the deal or whatever. Do you follow me there?

THE DEFENDANT: There is no deal.

THE COURT: So you're absolutely sure you want to go to trial and you do not want to accept the negotiations?

THE DEFENDANT: Positive.

MR. MANINGO: And just to clarify, Judge, I did speak with Mr. Gates about it, and the current offer is a mandatory minimum of ten years. Mr. Gates is almost 70 years old now, so that means early as possible parole eligibility would be when he's 80 years old, and I think that's really where the sticking point is.

And I understand Ms. Kollins' position. I asked

our counteroffer yesterday asking to go down from a lewdness to an attempt lewdness, and she was not comfortable with that, and so that's where we're at.

THE COURT: All right. So trial is scheduled the 7th at 1:30, and it is the trial so we are ready to go forward?

MR. MANINGO: Yes, sir.

THE COURT: Thank you.

MS. KOLLINS: I did tell Mr. Maningo yesterday my investigator has been out. So when we saw that this was going forward, I had to enlist a second investigator to speak to his witnesses.

I told him that I would be giving notice of her, I gave him a verbal notice of her on the phone yesterday. I don't imagine I'll really have to call her, but her name is Debbie Marriot, and I may have to file a witness notice for her, depending on how we handle the trial.

MR. MANINGO: And I told Ms. Kollins that's fine, and gave her notice just because I don't know if I added my investigator Bruce McAllister on our list. She said that will be fine as well.

THE COURT: All right. It appears we're on board. Appreciate your appearance.

/ / /

/ / /

MS. KOLLINS: Thanks, Judge.

ATTEST: Full, true and accurate transcript of proceedings.

MAUREEN SCHORN, CCR NO. 496, RPR

**DECLARATION**

JEFFREY S MANINGO makes the following declaration:

1. I am an attorney duly licensed to practice law in the State of Nevada; I am the Deputy Public Defender assigned to represent the Defendant in the instant matter, and the Defendant has represented the following facts and circumstances of this case.

I declare under penalty of perjury that the foregoing is true and correct. (NRS 53.045).

EXECUTED this ______ day of September, 2009.

JEFFREY S MANINGO