UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RUSSELL BASSET GATES, | Case No. 3:12-cv-00550-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, | |
| Respondents. | |

It is ordered that, from this date forward, the hard copy of any exhibits shall be forwarded — for this case — to the staff attorneys in Las Vegas

DATED THIS 12th day of November 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE