UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RUSSELL BASSET GATES,<br><br>               Petitioner,<br>v.<br><br>ISIDRO BACA,<br><br>               Respondents. | Case No. 3:12-cv-00550-MMD-VPC<br><br>ORDER |

      Respondents having submitted a notice (dkt. no. 19) that petitioner died on August 19, 2014, and good cause appearing, it is therefore ordered that the petition for a writ of habeas corpus (dkt. no. 6) is denied as moot. The Clerk of the Court shall enter judgment accordingly.

      It is further ordered that a certificate of appealability is denied.

      DATED THIS 17th day of October 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE