AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RUSSELL BASSET GATES,

      Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER: **3:12-cv-00550-MMD-VPC**

ISIDRO BACA, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition (#6) is denied as moot.

   October 17, 2014                        **LANCE S. WILSON**
                                                                  Clerk

                                                                /s/ D. R. Morgan
                                                                  Deputy Clerk